**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| STARLEEN MATTEO, ON BEHALF OF HERSELF AND ALL OTHERS IN THE STATE OF PENNSYLVANIA SIMILARLY SITUATED, | : No. 155 WAL 2023 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| EOS USA, INC., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.